UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARLENIS MENDEZ LOS SANTOS,<br><br>                                      Petitioner,<br>v.<br>CHRISTOPHER LAROSE, et al.,<br><br>                                      Respondents. | Case No.: 25-CV-2216 TWR (MSB)<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE HEARING**<br><br>(ECF No. 6) |

      Presently before the Court is the Parties' Joint Motion to Continue Hearing ("Jt. Mot.," ECF No. 6), in which the Parties request that the Court continue the Order to Show Cause currently set for Wednesday, September 3, 2025, at 1:00 p.m. Good cause appearing, the Court **GRANTS** the Joint Motion. As requested by the Parties, the Court **RESETS** the Order to Show Cause Hearing for Thursday, September 4, 2025, at 2:00 p.m. in Courtroom 14A.

      **IT IS SO ORDERED.**

Dated: August 29, 2025

                                                                         Honorable Todd W. Robinson<br>                                                                        United States District Judge